IN THE MATTER OF:  CASE NO. 07-50501-TJT
DAVID B GIZINSKI  CHAPTER 13 PROCEEDINGS
KAREN ANN-BELANGER GIZINSKI  HON. THOMAS J. TUCKER

Debtors

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DAVID B GIZINSKI<br>KAREN ANN-BELANGER GIZINSKI<br>33808 SUNRISE DR<br>FRASER, MI 48026-0000<br>SSN: XXX-XX-0922 or XXX-XX-6521 | N/A | N/A | DEBTOR REFUND | 1381933 | 6/28/11 | $ 3.44 |

DATED: July 06, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0750501 00000 017414 1381933
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 06/28/2011     Check No: 1381933
Payee: CLERK OF US BANKRUPTCY COURT

| 0750501 | DAVID B GIZINSKI & KAREN ANN-BELANGER GIZINSKI | | 3.44 | 0.00 | 3.44 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE:    Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79 / 611

**CHECK NO. 1381933**
SunTrust Bank

FOR DAVID B GIZINSKI and KAREN ANN-BELANGER GIZINSKI
BK 0750501 ACCT:
PRIN: 3.44    INT: 0.00

DATE Jun 28, 2011
AMOUNT
**********3.44

PAY
Three And 44 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $3.44
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　　CASE NO. 07-50501-TJT
DAVID B GIZINSKI　　　　　　　　　　　　　　CHAPTER 13 PROCEEDINGS
KAREN ANN-BELANGER GIZINSKI　　　　　　HON. THOMAS J. TUCKER

　　　　　　　　Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KOSTOPOULOS & ASSOC**
**THE FRESH START CENTER PLLC**
**30800 VAN DYKE #204**
**WARREN, MI 48093**

**Last Known Address for Debtors:**

**DAVID B GIZINSKI**
**KAREN ANN-BELANGER GIZINSKI**
**33808 SUNRISE DR**
**FRASER, MI 48026**

DATED: July 06, 2011　　　　　　　　　　　/s/ TAMMY L. TERRY
　　　　　　　　　　　　　　　　　　　　　　TAMMY L. TERRY, STANDING
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　535 GRISWOLD
　　　　　　　　　　　　　　　　　　　　　　SUITE 2100